### 22854. ELLARD v. THE STATE.

GUERRY, J. 1. That a verdict rendered on a former trial was attached to the indictment and taken to the jury-room is not cause for a new trial, especially when there was no request to detach, erase, or in some way conceal the former verdict; and in this case the trial judge, in his order allowing the amendment to the motion for a new trial complaining of such action, states that "the court can not say that counsel for movant did not know of the first verdict." *Allen* v. *State,* 155 *Ga.* 332 (116 S. E. 534), and cit.; *Smalls* v. *State,* 105 *Ga.* 669 (6) (31 S. E. 571); *Jordan* v. *State,* 153 *Ga.* 167 (111 S. E. 417).

2. The evidence authorized the verdict, no error of law is shown, and the court properly overruled the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 3, 1933.

*W. L. Nix,* for plaintiff in error.
*Clifford Pratt, solicitor-general,* contra.